# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

C. H. HILL,

        Plaintiff,

vs.

CHARLENE CLARKSON, *et al.*,

        Defendants.

Case No. 2:09-cv-1159-KJD-PAL

**ORDER**

    Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has submitted a "Motion to Take Leave to Withdraw Petition Without Prejudice." (#55). Plaintiff seeks to have this action dismissed without prejudice rather than filing an amended complaint pursuant to the Court's prior order (#54). An action may be dismissed at the plaintiff's request by court order under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Unless otherwise noted, the dismissal is without prejudice. *Id.*

    Accordingly, and with good cause appearing,

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Take Leave to Withdraw Petition Without Prejudice (#55) is **GRANTED**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**. The Clerk of the Court shall enter judgment accordingly.

    DATED:   April 28, 2010

                                                UNITED STATES DISTRICT JUDGE