# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

C.H. HILL,

    Plaintiff,

v.

CHARLENE CLARKSON, et al.,

    Defendants.

Case No. 2:09-CV-01159-KJD-PAL

**ORDER**

    Plaintiff has submitted a Motion to Lift the Restrictions of Correspondence between the Court and Self (#61).  This is the second motion from Plaintiff following dismissal of the action. (See #58).

    **IT IS THEREFORE ORDERED** that plaintiff's Motion to Lift the Restrictions of Correspondence between the Court and Self (#61) is **DENIED** as moot.

    **IT IS FURTHER ORDERED** that no further pleadings from Plaintiff will be accepted for filing in this action without prior approval from the Court.

    DATED this 31st day of May 2011.

_____
Kent J. Dawson
United States District Judge